IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICK REENERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:24-cv-00555 ) ) JUDGE CAMPBELL |
| NEKEISHA MCCORMICH, et al., | ) MAGISTRATE JUDGE FRENSLEY ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 54) recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute, and that Defendant's motion to dismiss (Doc. No. 51) be denied as moot. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed.

The Court has reviewed the Report and Recommendation and the record in this case and concludes that the Report and Recommendation should be **ADOPTED** and **APPROVED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE